IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PEAK TECHNICAL SERVICES, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-10-1568 |
| | § | |
| | § | |
| LAND & SEA ENGINEERING, LLC., *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER FOR HEARING

A hearing will be held on the defendants' motion for partial summary judgment on **January 26, 2011, at 4:00 p.m**., in Courtroom 11-B

SIGNED on December 23, 2010, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge